**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN MASTERSON-CARR,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **No. 19-2699** |
| v. | : | |
| | : | |
| **DREXEL UNIVERSITY COLLEGE OF MEDICINE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

This 26th day of May, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF 13) and Plaintiff's Response in Opposition (ECF 18), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

/s/Gerald Austin McHugh
United States District Judge